Motion GRANTED.

IN THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163-10 |
| | ) | Judge Trauger |
| DESHAUNE JONES | ) | |

**MOTION TO JOIN AND SUPPLEMENT CO-DEFENDANT BROOKS' MOTION TO SUPPRESS TITLE III WIRETAP**

Comes now the Defendant, Deshaune Jones, by and through the undersigned counsel, and moves this Honorable Court to allow him to Join in Supplement- Co-Defendant Brooks' Motion to Suppress Title III Wiretap (DE 685). In support of this Motion, Defendant would state that the issues raised in Co-Defendant Brooks' motion apply equally to Defendant Jones. As such, if Defendant Jones filed a separate motion in this case, the information contained in that motion would be largely redundant. Defendant Jones believes that his request will help promote judicial economy in this case because the Government's response could be consolidated and litigated at the same time, and the issues to be resolved by this Honorable Court will be more clearly defined.

WHEREFORE, Defendant Jones requests this Honorable Court to enter an order allowing him to join and supplement the motion filed by Co-Defendant Brooks.

Respectfully Submitted:

/s/ R. Lance Miller
R. LANCE MILLER
BRP # 025875
212 Madison Street, Suite 101A
Clarksville, TN 37040
lance@lancemillerlaw.com
Telephone: (931) 802-6180
Fax: (931) 802-6182